1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2709



**FILED**

OCT  3 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case. No. CR. 08-422 FCD |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| JAMES ROBERT GLEASON, ) | |
| Defendant. ) | |

The Court hereby orders that the arrest warrant, the Petition of Assistant U.S. Attorney Camil A. Skipper to seal the arrest warrant, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 10/2/08

KIMBERLY J. MUELLER
United States Magistrate Judge

1