| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CAMIL A. SKIPPER<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2709 |



FILED

OCT 0 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. CR-S-08-422 FCD
                                )
            Plaintiff,          )
                                )   ORDER UNSEALING INDICTMENT
     v.                         )
                                )
JAMES ROBERT GLEASON,           )
                                )
            Defendant.          )
_____)

IT IS HEREBY ORDERED that:

The indictment filed in the above-captioned matter be UNSEALED.

DATED: 10/8/08

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1