McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES ROBERT GLEASON,<br><br>　　　　　　Defendant. | Case No. CR-S-08-422 FCD<br><br>**STIPULATION TO MODIFY CONDITIONS OF SUPERVISED RELEASE; REQUEST TO VACATE HEARING**<br><br>Before: Magistrate Judge Brennan |

　　IT IS HEREBY STIPULATED AND AGREED between the defendant, JAMES ROBERT GLEASON, through his retained counsel, Jeff Grotke, and the United States, through its counsel, Assistant U.S. Attorney Camil A. Skipper, that the conditions of pretrial release imposed on October 8, 2008, in the United States District Court for the Central District of California, and adopted by this Court on October 17, 2008, should be amended to include the following condition:

　　　　Defendant may have access to a device with Internet access, specifically a computer at his work site, L.A. Freightliner, under the supervision of a third-party custodian, Quentin Simmons, for work-related purposes only. The third-party custodian shall monitor the defendant's access to any and all computers at the

1  work site.  The defendant shall not access the
2  Internet without the assistance of the third-party custodian.

3      The pretrial services officer has spoken with the third-
4  party custodian, advised him of the charges pending against the
5  defendant, and secured his agreement to act as a third-party
6  custodian while the defendant is at the work site.  In addition,
7  the pretrial services officer has confirmed the restrictions
8  imposed on Internet access at the defendant's work site and
9  clarified that the defendant is being monitored through a Global
10 Positioning System which allows Pretrial Services to track the
11 defendant's whereabouts.  The pretrial services officer has
12 assured the parties that this additional condition will allow
13 Pretrial Services to effectively supervise the defendant while he
14 remains out on bond.

15     In light of this agreement, the parties ask that the hearing
16 now set for October 23, 2008, at 2:00 P.M. be vacated.  The
17 pretrial services officer concurs in this request.

18 Date: October 22, 2008                Respectfully submitted,

19                                       McGREGOR W. SCOTT
                                         United States Attorney
20

21
                                         By: /s/ Camil A. Skipper
22                                           CAMIL A. SKIPPER
                                             Assistant U.S. Attorney
23

24

25 Date: October 22, 2008                By: /s/ JEFF GROTKE
                                             JEFF GROTKE
26                                           Attorney for defendant

27

28

**ORDER**

The conditions of pretrial release ARE SO MODIFIED.

The hearing presently set for October 23, 2008, at 2:00 P.M. IS VACATED.

IT IS SO ORDERED.

Dated: October 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE