1 Thomas A. Johnson
2 Attorney at Law
1007 7th Street, Suite 500
3 Sacramento, California 95814
Telephone: (916) 442-4022
4
5 Attorney for Defendant
James Gleason
6
7
8            **IN THE UNITED STATES DISTRICT COURT**
9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 UNITED STATES OF AMERICA,       )       NO. CR-S-08-0422 FCD
11                                 )
   Plaintiff,                      )
12                                 )
   v.                              )       ORDER FOR SUBSTITUTION OF
13                                 )       ATTORNEY
   JAMES GLEASON,                  )
14                                 )
   Defendant,                      )
15                                 )
   _____ )
16
17
18    It is respectfully requested that Jeff Grotke, Attorney at Law, 320 North E Street, Suite
19 507, San Bernardino, CA, 92401, be relieved as attorney of record and that THOMAS A.
20 JOHNSON, Attorney at Law, 1007 7th Street, Suite 500,Sacramento, California, 95814,
21
22 telephone number (916) 442-4022, be substituted in as counsel in the above-entitled case.
23 Dated:  December 4, 2008.
24
25                                   Respectfully submitted,
26                                   /s/ Jeff Grotke
27                                   _____
28                                   JEFF GROTKE

| | |
|---|---|
| 1 | Attorney for Defendant |
| 2 | JAMES GLEASON |

3

I accept the substitution.

Dated: December 5, 2008

/s/ Thomas A. Johnson

_____

THOMAS A. JOHNSON
Attorney at Law

I consent to the substitution.

Dated: December 5, 2008

/s/ James Gleason

_____

JAMES GLEASON
Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: December 5, 2008

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Substitution of Counsel                    **2**