THOMAS A. JOHNSON, #119203

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorney for Defendant Gleason

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JAMES GLEASON,<br><br>         Defendant | Case No.: CR-S-08-0422 FCD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:  December 8, 2008<br>Time:  10:00 a.m.<br>Judge:  Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for December 8, 2008 at 10:00 a.m. be continued to February 2, 2009 at 10:00 a.m. in the same courtroom. Thomas A. Johnson, Defendant's attorney, is requesting such continuance in order to prepare the defense, and to review discovery that numbers over 500 pages.

It is further stipulated that Defendant need not appear in Court on December 8, 2008, but must appear on February 2, 2009.

It is further stipulated that the period from the date of this stipulation through and including February 2, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: December 5, 2008                        /s/  Thomas Johnson
                                              THOMAS JOHNSON
                                              Attorney for Defendant
                                              JAMES GLEASON


DATE: December 5, 2008                        McGREGOR W. SCOTT
                                              United States Attorney

                                     By:       /s/Camil Skipper
                                              CAMIL SKIPPER
                                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: December 5, 2008                       _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE