```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | CAMIL A. SKIPPER
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2709
 5 |
 6 |
 7 |
 8 |              IN THE UNITED STATES DISTRICT COURT
 9 |             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   2:08-CR-00422-FCD
   |                              )
12 |              Plaintiff,      )   STIPULATION AND ORDER TO CONTINUE
   |                              )   STATUS CONFERENCE
13 |      v.                      )
   |                              )
14 | JAMES GLEASON,               )   DATE: February 2, 2009
   |                              )   TIME: 10:00 A.M.
15 |              Defendant.      )   COURT: Hon. Frank C. Damrell, Jr.
   | _____)
16 |
17 |      IT IS HEREBY STIPULATED AND AGREED between the defendant, JAMES
18 | GLEASON, and the United States, through their respective counsel,
19 | that the status conference presently set for February 2, 2009,
20 | should be continued to March 9, 2009 at 10:00 A.M.
21 |      On December 5, 2008, the government provided over 500 pages of
22 | discovery to the defense including dozens of emails and chat
23 | sessions.  A report from the forensic review of multiple computers
24 | seized from the defendant's home will be forthcoming.  Moreover, the
25 | investigation is continuing, and the government anticipates
26 | providing additional discovery very soon.
27 |      For these reasons, the parties are not prepared to set a trial
28 | date and believe a further status conference on March 9, 2009, would
```

1

be appropriate.  The parties also agree that time should be excluded pursuant to Local Code T4.

On January 27, 2009, Thomas Johnson gave Camil Skipper permission to sign this stipulation on his behalf.

Date: January 28, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          Acting United States Attorney


                                     By:  Camil A. Skipper
                                          CAMIL A. SKIPPER
                                          Assistant U.S. Attorney


Date: January 28, 2009               By:  Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for defendant


**ORDER**

1.   A further status conference is set for March 9, 2009, at 10:00 A.M.

2.   Based upon the representations of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through March 9, 2009, to allow reasonable time to prepare pursuant to Local Code T4.

IT IS SO ORDERED.

Date: January 28, 2009

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE