THOMAS A. JOHNSON, #119203
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant James Gleason

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES GLEASON,<br><br>Defendant | Case No.: 2:08-CR-00422 FCD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date: March 9, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 9, 2009 at 10:00 a.m. be continued to April 20, 2009 at 10:00 a.m.in the same courtroom. Camil Skipper, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery.

It is further stipulated that the period from the date of this stipulation through and including April 20, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: March 5, 2009                      /s/ Thomas Johnson
                                                                                 THOMAS JOHNSON
                                                                                 Attorney for Defendant
                                                                                 JAMES GLEASON

| | | |
|---|---|---|
| DATE: March 5, 2009 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/   Camil Skipper<br>CAMIL SKIPPER<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  March 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE