| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | 400 Capitol Mall, Suite 1620 |
| | Sacramento, California 95814 |
| 3 | Telephone: (916) 422-4022 |
| | Attorney for Defendant James Gleason |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00422 FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| vs. | Date: April 20, 2009 |
| JAMES GLEASON, | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for April 20, 2009 at 10:00 a.m. be continued to June 1, 2009 at 10:00 a.m. in the same courtroom. Camil Skipper, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery, and begin settlement negotiations.

It is further stipulated that the period from the date of this stipulation through and including June 1, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: April 16, 2009               /s/ Thomas Johnson
                                    THOMAS JOHNSON
                                    Attorney for Defendant
                                    JAMES GLEASON

STIPULATION AND ORDER            - 1 -

| | | |
|---|---|---|
| DATE: April 16, 2009 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Camil Skipper<br>CAMIL SKIPPER<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: April 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE