THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant James Gleason

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>JAMES GLEASON,<br><br>　　　　Defendant | Case No.: 2:08-CR-00422 FCD<br><br>STIPULATION AND ORDER TO<br>CONTINUE HEARING<br><br>Date:　August 10, 2009<br>Time:　10:00 a.m.<br>Judge:　Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for August 10, 2009 at 10:00 a.m. be continued to August 17, 2009 at 10:00 a.m.in the same courtroom. Camil Skipper, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery, and continue settlement negotiations.

It is further stipulated that the period from the date of this stipulation through and including August 17, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  August 6, 2009　　　　　　　　　　　　　　/s/  Thomas Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES GLEASON

| | |
|---|---|
| DATE:  August 6, 2009 | McGREGOR W. SCOTT<br>United States Attorney |
| | By:        /s/   Camil Skipper<br>CAMIL SKIPPER<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  August 6, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE