1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-CR-00422-FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE AND CONTINUE HEARING |
| v. | ) | |
| JAMES GLEASON, | ) | |
| | ) | DATE: December 14, 2009 |
| Defendant. | ) | TIME: 10:00 A.M. |
| | ) | COURT: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED between the defendant, JAMES GLEASON, and the UNITED STATES OF AMERICA, through their respective counsel, that the hearing on defendant's motions presently set for December 14, 2009, should be continued to January 11, 2010 at 10:00 A.M.

    As the Court was previously advised, defense counsel is currently unavailable.  In order to allow defense counsel sufficient time for mis medical recovery, the parties agree that his reply brief and the hearing on the defendant's motions should be postponed until 2010.  In consideration for the government's forebearance, defense counsel has allotted additional time for the government to file its opposition brief(s).

1

For these reasons, the parties agree that the government's opposition brief(s) should be filed no later than December 14; the defendant's reply, if any, should be filed no later than January 4, 2010; and the hearing on the motions should be held on January 11, 2010 at 10:00 A.M.

As defense counsel is indisposed, a trusted member of his staff gave the undersigned government counsel permission to sign this stipulation on his behalf.

Date: November 17, 2009                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                   By: Camil A. Skipper
                                       CAMIL A. SKIPPER
                                       Assistant U.S. Attorney

Date: November 17, 2009            By: Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for defendant


**ORDER**

1. Good cause having been shown, the briefing schedule is amended as follows: the government opposition brief(s) shall be filed no later than December 14, 2009, and the defendant's reply brief, if any, shall be filed no later than January 4, 2010.

2. The hearing on the defense motions is continued to January 11, 2010 at 10:00 A.M.

IT IS SO ORDERED.

Date: November 17, 2009

                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE